IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VIDA Y ESTILO CORP. and TM V&E LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EL OH MEXICO! BAR & GRILL INC., f/k/a OH! Mexico Bar and Grill Inc.; LILIANA P. VAZQUEZ PACHECO; MOISES VERA; and MOISES VERA, JR.; <br><br> Defendants. | CASE NO. CV421-084 |

O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 18) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA